UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jason T. Hofelich

               Plaintiff,

            -against-

Superintendent Robert Ercole, et al.

               Defendant.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 2193 (PKC)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| X  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___  Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___  Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___  Habeas Corpus |
| | ___  Social Security |
| ___  Settlement* | ___  Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___  Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | All such motions: ___ |

* Do not check if already referred for general pretrial.

SO ORDERED.

                                           /s/ P. Kevin Castel
                                           P. Kevin Castel
                                           United States District Judge

DATED: New York, New York
           March 14, 2008