USDC SDNY
DATE SCANNED 4/25/08



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

# MEMO ENDORSED

April 24, 2008

By Fax
The Honorable Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007
Fax #: 212-805-6181

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

Re: Hofelich v. Ercole, 08-CV-2193 (PKC)(DFE)

Dear Judge Eaton,

This office has received requests for representation from four of the six defendants in this pro se prisoner complaint apparently alleging Eighth Amendment violations in medical care. I have been assigned to the case on behalf of this office. It appears from the docket sheet that an answer from at least one of the defendants may be due as early as today. On behalf of the served defendants, I respectfully request that June 12, 2008, be set as the deadline to respond to the complaint by answer or motion for all defendants served up to that time.

The time requested is needed to investigate plaintiff's claims and prepare an appropriate response. It appears that plaintiff has two other cases, 06-Civ-13697 and 07-Civ-8059, which may be factually related. The time requested also reflects my vacation, which will be approximately from May 21 to June 9.

4/24/08 - I grant this request.
Douglas F. Eaton

Respectfully submitted,

STEVEN N. SCHULMAN (SS3894)
Assistant Attorney General

cc: By Post
Jason Hofelich
01-A-5996
Elmira Correctional Facility
P.O. Box 500
Elmira, New York 14902-0500

# MEMO ENDORSED

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02